ISMAIL J. RAMSEY (CABN 189820)
United States Attorney

MARTHA BOERSCH (CABN 126569)
Chief, Criminal Division

KRISTINA GREEN (NYBN 5226204)
Assistant United States Attorneys

     450 Golden Gate Avenue, Box 36055
     San Francisco, California 94102-3495
     Telephone: (415) 436-6912
     FAX: (415) 436-7027
     Kristina.Green@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 3:24-mj-71108 MAG |
| Plaintiff, | [~~PROPOSED~~] DETENTION ORDER |
| v. | |
| ROBERT LEE COLLINS III, | |
| Defendant. | |

On January 25, 2024, defendant Robert Lee Collins III was charged in a Petition for Warrant or Summons for Person Under Supervision, filed in the Eastern District of California, with violating conditions of his supervised release. Specifically, the Petition alleges that Collins committed the following violations: (1) on August 6, 2023, Collins committed the new law violation of felon in possession of a firearm, carrying a loaded and unregistered handgun, and a parole violation; and (2) on January 21, 2024, Collins committed the new law violation of driving under the influence.

This matter came before the Court on July 24, 2024, for an initial appearance and a detention hearing. The defendant was present and represented by Gabriela Bischof. Assistant United States Attorney Kristina Green appeared for the government. The government moved for detention, and the defendant opposed. At the hearing, counsel submitted proffers and arguments regarding detention.

Upon consideration of the facts, proffers and arguments presented, and for the reasons stated on the record, the Court finds that the defendant has not satisfied his burden to establish, by clear and convincing evidence, that he will not pose a danger to another person or the community. Accordingly, the defendant must be detained and transferred to the Eastern District of California, where the allegations in the Petition can be addressed.

The present order supplements the Court's findings and order at the detention hearing. As noted on the record, the Court makes the following findings as the bases for its conclusion: As proffered by defense counsel, the defendant pled guilty in state court to the charge that underlies the conduct listed in the first alleged violation in the Petition (felon in possession of a firearm and carrying a loaded unregistered handgun). As it is undisputed that the defendant committed this conduct while on supervised release, he cannot sustain his burden to show that he is not a danger to the community. This finding is made without prejudice to the defendant's right to seek review of defendant's detention, or file a motion for reconsideration if circumstances warrant it.

IT IS ORDERED THAT:

1.     The defendant be, and hereby is, committed to the custody of the Attorney General for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

2.     The defendant be afforded reasonable opportunity for private consultation with counsel; and

3.     On order of a court of the United States or on request of an attorney for the government, the person in charge of the corrections facility in which the defendant is confined shall deliver the defendant to an authorized United States Marshal for the purpose of any appearance in connection with a court proceeding.

IT IS SO ORDERED.

DATED:   July 26, 2024

HONORABLE THOMAS S. HIXSON
United States Magistrate Judge